THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH CARAMANICA, Appellant.

Submitted October 6, 1950; decided October 19, 1950.

*Benjamin R. Leinhardt* for appellant.

*Miles F. McDonald, District Attorney (Frank Di Lalla* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.